**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1333

ROBERT S. FASTOV,

Plaintiff - Appellant,

versus

PALISADES SWIMMING POOL ASSOCIATION,
INCORPORATED; JEFFREY BRYAN; LINTON HENGERER;
HEIDI BUMPERS; NANCY BARRY; LOIS BURLEIGH;
MARLEIGH DOVER; JOYCE CHUNG; CHRISTINE HENCK;
JAN NEUDORFER; JOHN WINTROL; JOHN DOES 1-25;
JANE DOES 1-25,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(8:05-cv-01760-AW)

Submitted:  December 20, 2006          Decided:  January 9, 2007

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert S. Fastov, Appellant Pro Se.  Larry Paul Rothman,
Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert S. Fastov appeals the district court's order granting the Defendants' motion to dismiss and request for sanctions. We have reviewed the record and find no reversible error. We deny as moot Fastov's motion to expedite. Accordingly, we affirm for the reasons stated by the district court. Fastov v. Palisades Swimming Pool Assoc., Inc., No. 8:05-cv-01760-AW (D. Md. Jan. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED